UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Cigna Corp. v. Actavis Holdco US, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 2:20-cv-02711 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please enter the withdrawal of appearance of Joseph J. Bial of Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for Plaintiff Cigna Corp., in connection with the above-captioned matter. Rule Garza Howley LLP and MacElree Harvey LTD will continue to represent Cigna Corp. in this proceeding.

Dated: January 31, 2024

Respectfully submitted,

*/s/ Joseph J. Bial*

Joseph J. Bial
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 223-7318
jbial@paulweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

*/s/ Joseph J. Bial*
Joseph J. Bial